# UNITED STATES of America, Plaintiff–Appellee,

v.

## Onofre GUERRA, Jr., Defendant–Appellant.

### No. 02–21219.

United States Court of Appeals, Fifth Circuit.

Aug. 19, 2003.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Onofre Guerra, federal prisoner # 02826–043, appeals from the district court's order denying his motion to correct or modify his sentence. Guerra argues that the plea agreement was invalid and that his misprision of the felony conviction could not be used as a sentencing enhancement for his instant drug and money laundering conviction. Guerra has filed a meaningless, unauthorized motion, which the district court should have dismissed for lack of jurisdiction. *See United States v. Early,* 27 F.3d 140, 142 (5th Cir.1994). This court affirms the judgment on this alternative basis. *See id.*

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

